In the Matter of the Opening of RIVERSIDE PARK, etc.

(Argued December 8, 1885 ; decided January 19, 1886.)

*James A. Deering* for appellants.

*Alexander B. Johnson* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Estate of BURGESS CLUFF, Deceased,
EDWARD E. TOWER, Executor, etc., Appellant.

(Argued December 8, 1885 ; decided January 19, 1886.)

*D. C. Calvin* for appellant.

*Edward B. Whitney* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed,

---

HENRIETTA T. FLAGG, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.

(Argued December 9, 1885 ; decided January 19, 1886.)

*Edward S. Rapallo* for appellant.

*W. P. Prentice* for respondent.

Agree to affirm; no opinion.
All concur, except RAPALLO, J., taking no part.
Judgment affirmed.